**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CV-424 JCM (GWF) |
| Plaintiff, | |
| v. | |
| DEAN MICHAEL STEVENS, | |
| Defendants. | |

**ORDER**

Presently before the court is defendant Dean Michael Stevens' motion for early termination of supervised release. (Doc. #25). The government has filed a response indicating that it defers to the discretion of the probation officer regarding Mr. Stevens' early release.

Mr. Stevens cites the fact that he has remained in compliance with all the terms of his supervised release, has maintained a clean record since release from prison, and is trying to re-establish his relationship with his family, most of whom live outside the district. The heart of Mr. Stevens' request appears centered around his wish to leave this community and move to the East Coast, to be closer to a brother he has not seen in twenty-two years or his daughter who was recently diagnosed with multiple sclerosis.

While probation is not opposed to Mr. Stevens' moving to another state, it does oppose the early termination of supervised release, citing Mr. Stevens' leadership role in the instant offense and the fact that Mr. Stevens received a sentence at the low end of the guidelines. In light of the record before it, this court defers to the recommendation of the probation officer. If Mr. Stevens wishes to

**James C. Mahan**
**U.S. District Judge**

move to a different state, he may contact his probation officer and make the appropriate motion in this court. His request for early termination, however, will be denied.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Dean Michael Stevens' motion for early termination of supervised release (doc. #25) be, and the same hereby is, DENIED consistent with the foregoing.

DATED May 18, 2012.

**UNITED STATES DISTRICT JUDGE**